UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                           :     NOTICE OF INTENT TO
                                            FILE AN INFORMATION
LOUIS GIUFFRE,                     :
                                            07 Cr. ___
        Defendant.                 :

- - - - - - - - - - - - - - - - x

**ORIGINAL**    **JUDGE KOELTL**

**07 CRIM 523**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 29, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

           By: _____
               Nicholas S. Goldin
               Assistant United States Attorney

           AGREED AND CONSENTED TO:

           By: _____
               Ellyn I. Bank, Esq.
               Attorney for Louis Giuffre

[ELECTRONICALLY FILED 5/30/07]