JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA         :

      v.                          :

LOUIS GIUFFRE,                   :   07CRIM 523

      Defendant.                  :

---------------------------------X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2314 and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Ellyn Bank, Esq.
Counsel for Defendant

Date: New York, New York
     June 11, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 11 2007

0202

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**LOUIS GIUFFRE,**

Defendant.

**WAIVER OF INDICTMENT**

07 Cr.

(18 U.S.C. § 2314)

MICHAEL J. GARCIA
United States Attorney.