USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

**ELLYN I. BANK**
Attorney At Law
30 Vesey Street, Suite 100
New York, New York 10007

212-571-3980
FAX 212-962-9696

August 30, 2007

SEP 04 2007

VIA FACSIMILE (212 805 7912)

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *US v. Giuffre, 07 Cr. 523-01 (JGK)*

SENTENCE ADJOURNED TO FRIDAY, NOVEMBER 2, 2007 AT 2:30PM.
SO ORDERED
[signature] USDJ
9/10/07

Dear Judge Koeltl:

I am the attorney for defendant Louis Giuffre with respect to the above captioned case. I respectfully request a 30 day adjournment of Mr. Giuffre's sentencing which is scheduled for September 14, 2007. AUSA Nick Goldin consents to this request.

The reason for the request is because I need additional time to meet with Mr. Giuffre to review the presentence report, draft an objection letter if necessary and prepare and submit my sentencing memorandum which must be submitted in advance of the sentence date.

Accordingly, I respectfully request an adjournment until a date and time that is convenient to the court.

I thank you for your time and attention with this request.

Respectfully,

Ellyn Bank/by Janet C. Hall
Ellyn I. Bank

cc: AUSA Nick Goldin (via fax: 212 637 2429)