# ELLYN I. BANK
**Attorney At Law**
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

June 17, 2008

VIA FACSIMILE (212 805 7912)

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

JUN ... 2008

Re: *US v. Giuffre, 07 Cr. 523-01 (JGK)*

Dear Judge Koeltl:

I represent the defendant, Louis Giuffre, in the above captioned cased. I am writing to respectfully request a 30-day adjournment of Mr. Giuffre's sentencing, which is currently scheduled for Friday, June 20, 2008. AUSA Nick Goldin has been apprised of this request.

The reason for this request is that Mr. Giuffre was hospitalized at Prince William Hospital in Manassas, Virginia on May 29, 2008 for viral meningitis, and though he was released on June 3, 2008, he is still recovering from the illness. His doctor has advised him that he will not be strong enough to travel for at least a month. Mr. Giuffre has requested a letter from his doctor, and I anticipate receiving it tomorrow, June 18, 2008. I will forward it to the Court as soon as I receive it.

Accordingly, we respectfully request a 30-day adjournment of Mr. Giuffre's sentencing, so that he has time to fully recover from his illness and travel to New York.

Respectfully,

Ellyn I. Bank, Esq.
Attorney for Louis Giuffre

cc: Nick Golden (via facsimile: 212 637 2429)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2008

*Sentence adjourned to Friday, August 1, 2008 at 10:30AM.*

*So ordered.*

6/19/08

S D J